IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA MILLER,<br><br>                    Plaintiff,<br><br>     v.<br><br>NELNET SERVICING, LLC,<br><br>                    Defendant. | **4:22CV3193**<br><br>**AMENDED<br>REASSIGNMENT<br>ORDER** |

This case is related to case number 4:22CV3181. See NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to District Judge John M. Gerrard for disposition and is assigned to Magistrate Judge Cheryl R. Zwart for judicial supervision.

IT IS SO ORDERED.

Dated this 13th day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge