UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

*In re:*

*Data Security Cases against NELNET*
*SERVICING, LLC*                                    :

V.                                                          :   CASE NO.  4:22-CV-03191 (JMG-CRZ)

                                                              :   JUNE 30, 2023

MOTION TO WITHDRAW APPEARANCE

     Pursuant to Rule 1.3(f) of the Local Rules of this Court, the undersigned counsel moves

to withdraw his appearance in this matter of behalf of Thomas Ryan, et al.  Plaintiffs are

currently represented by Ian W. Sloss of Silver Golub & Teitell LLP.  Mr. Rynar respectfully

requests his name be removed from all applicable service lists.

     Respectfully submitted,


BY___*/s/ Zachary A. Rynar*_____
     ZACHARY A. RYNAR
     SILVER GOLUB & TEITELL LLP
     ONE LANDMARK SQUARE, 15TH FLOOR
     STAMFORD, CT 06901
     203-325-4491
     Zrynar@sgtlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2023, a copy of the foregoing Motion to Withdraw as

Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                    /s/ Zachary A. Rynar_____
                    ZACHARY A. RYNAR  ct 31372